UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:  LUIS R. MELGAR                     B.K. NO.: 1:12-bk-13498
     Debtor

## JOINT LOSS MITIGATION STATUS REPORT

Debtor and Creditor, Bank of America N.A., by their Attorneys, report the following:

1. The Debtor has provided documents to the Creditor.

2. Additional financials were provided to the Creditor on April 22, 2013.

3. The Creditor needs time to review the documents received and to notify the Debtor's Attorney if any additional documents are needed. Within twenty-one (21) days, the Creditor's Attorney will advise the Debtor's Attorney of which additional documents are needed to complete the review. The Debtor will provide the requested documents within ten (10) days.

4. The parties agree that the Loss Mitigation be extended for thirty-five (35) days.

WHEREFORE, Debtor and Creditor Bank of America, NA request that the Loss Mitigation be extended for thirty-five (35) days.

                                                    LUIS MELGAR
                                                    By his Attorney

April 23, 2013

                                                  /s/ John B. Ennis
                                                  JOHN B. ENNIS, ESQ. #2135
                                                  1200 Reservoir Avenue
                                                  Cranston, Rhode Island 02920
                                                  (401) 943-9230

|  |  |
|---|---|
| April 23, 2013 | BANK OF AMERICA, N.A.<br>By its Attorney<br><br>/s/ Nicole M. Labonte<br>NICOLE M. LABONTE, ESQ. #7255<br>Bendett & McHugh, PC<br>270 Farmington Avenue, Suite 151<br>Farmington, CT 06320<br>(860) 677-2868 |

## CERTIFICATION

I hereby certify that I mailed a copy of the above Joint Loss Mitigation Status Report to the following electronically or by regular mail, postage prepaid on this 23rd day of April, 2013.

Lisa A. Geremia, Esq.
Geremia & DeMarco Ltd.
620 Main Street CU 3A
East Greenwich, RI 02818

Office of the U.S. Trustee
10 Dorrance Street
Room 519
Providence, RI 02903

Nicole Labonte, Esq.
Bendett & McHugh, PC
270 Farmington Avenue, Suite 151
Farmington, CT 06032

/s/ John B. Ennis